NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ZENOBIA C. ZIEGLER,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

———————————

2013-3099

———————————

Petition for review of the Merit Systems Protection Board in No. DC0752110645-I-1.

———————————

## ON MOTION

———————————

## O R D E R

Zenobia C. Ziegler moves unopposed for reinstatement of this appeal.

This appeal was dismissed for failure to file the joint appendix.  Ziegler has now submitted the joint appendix.

Accordingly,

IT IS ORDERED THAT:

2                                                                    ZIEGLER v. TREASURY

(1) The motion to reinstate is granted. The dismissal order is vacated, the mandate is recalled, and appeal No. 2013-3099 is reinstated.

(2) The joint appendix submitted on January 8, 2014, as Exhibit 1 to the motion for reinstatement may be submitted by counsel through CM/ECF within 14 days of the date of this order.[*]

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25

---

[*]The court notes that the joint appendix should contain the official caption designating the Department of Treasury as the respondent.